UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

                                    Plaintiff,

            -against-

CITY OF NEW YORK; CAPTAIN COHALL;
CORRECTION OFFICER GADSEN;
CORRECTION OFFICER FELIPE,

                                    Defendants.

21-CV-01810 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, United States District Judge:

Plaintiff, currently incarcerated at the Manhattan Detention Complex (MDC), brings this *pro se* action under 42 U.S.C. §1983, alleging that Defendants violated his constitutional rights. By order dated March 3, 2021, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis* (IFP).[1]

The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York, MDC Captain Cohall, Correction Officer Gadsen, and Correction Officer Felipe waive service of summons.

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days,

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

Defendants must serve responses to these standard discovery requests. In their responses,

Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an

information package.

The Clerk of Court is further directed to electronically notify the New York City

Department of Correction and the New York City Law Department of this order. The Court

requests that Defendants City of New York, MDC Captain Cohall, Correction Officer Gadsen,

and Correction officer Felipe waive service of summons.

SO ORDERED.

Dated:
      New York, New York
      March 9, 2021             /s/ John G. Koeltl
                                        JOHN G. KOELTL
                             United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.