```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER RODRIGUEZ,
                        Plaintiff,

                                                                                                   21 civ 1810 (JGK)

      -against-

CAPTAIN COHALL, et al.,
                        Defendants.
------------------------------------------------------------X

## ORDER

A telephone conference will be held on **Tuesday, April 13, 2021, at 11:00am.**

**The facility where the defendant is housed shall make the plaintiff available for the conference.** The parties shall dial in, at **888 363-4749,** with access code **8140049**. Counsel for the defendants shall forward a copy of this order to the facility where the plaintiff is housed, and shall make all arrangements with the facility to have the plaintiff available for the conference.

**SO ORDERED.**

                                                                         s/John G. Koeltl
                                                                     JOHN G. KOELTL
                                                UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         March 31, 2021