UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PETER RODRIGUEZ,

                Plaintiff,

       -against-

CAPTAIN COHALL, et al.,

                Defendants.
------------------------------------------------------------X

21 civ 1810 (JGK)

## ORDER

A telephone conference scheduled for Tuesday, April 13, 2021 is **adjourned to Tuesday, April 27, 2021, at 12:00pm.**

**The facility where the defendant is housed shall make the plaintiff available for the conference.**  The parties shall dial in, at **888 363-4749,** with access code **8140049**.  Counsel for the defendants shall forward a copy of this order to the facility where the plaintiff is housed, and shall make all arrangements with the facility to have the plaintiff available for the conference.

**SO ORDERED.**

                                                                s/John G. Koeltl
                                                            **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 9, 2021