UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER RODRIGUEZ,                                21-cv-1810 (JGK)

                            Plaintiff,          ORDER

        - against -

CAPTAIN COHALL, ET AL.,

                            Defendant.
_____

JOHN G. KOELTL, District Judge:

    A teleconference is scheduled for Wednesday, May 19, 2021 at

12:00 p.m.  The facility where the defendant is housed shall make

the plaintiff available for the conference.  The parties shall

dial in at 888-363-4749, with access code 8140049.  Counsel for

the defendants shall forward a copy of this order to the facility

where the plaintiff is housed and shall make all arrangements with

the facility to have the plaintiff available for the conference.


SO ORDERED.

Dated:    New York, New York
          May 13, 2021

                                        _____
                                              John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-13-2021