UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,                          21-cv-1810 (JGK)

                    Plaintiff,            ORDER

    - against -

CAPTAIN COHALL, ET AL.,

                    Defendants.

JOHN G. KOELTL, District Judge:

The plaintiff can file an amended complaint by **June 21, 2021**.
The defendants can move or answer the amended complaint by **July 9,
2021**. If the defendants file a motion, the plaintiff should
respond by **July 30, 2021**. The defendants may reply by **August 13,
2021**.

The defendants should order a copy of the transcript from the
telephone conference on May 19, 2021 and provide a copy to the
plaintiff.

Along with this Order, the Court is providing the plaintiff
with a copy of the original complaint, ECF No. 2, the docket
sheet, and a form for an amended complaint. For further
instructions on how to complete the amended complaint, the
plaintiff should consult the informational package that was mailed
to the plaintiff on March 10, 2021. If the plaintiff needs
another copy of the informational package, the plaintiff should so
advise the Court. If the parties think the assistance of the

Magistrate Judge would be useful for purposes of settlement, the parties should so advise the Court.

**SO ORDERED.**

Dated:     New York, New York
           May 19, 2021

                                    _____
                                         John G. Koeltl
                                    United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2021 MAR -2  AM 10: 27

Peter Rodriguez

_____

Write the full name of each plaintiff.

No. _____

(To be filled out by Clerk's Office)

-against-

Cpt. Cohali, C.O Felipe,
C.O Gadsen, City of NewYork

_____

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.  LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other:

## II.  PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Peter                                    Rodriguez

First Name            Middle Initial            Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

349-16-03090

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Manhatan Detention Complex

Current Place of Detention

125 White Street

Institutional Address

NY       NY      10013

County, City            State            Zip Code

## III.  PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other:

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

Cohall

| First Name | Last Name | Shield # |

CAPTAIN

Current Job Title (or other identifying information)

125 White Street

Current Work Address

NY NY 10013

| County, City | State | Zip Code |

**Defendant 2:**

Gadson

| First Name | Last Name | Shield # |

Corrections Officer

Current Job Title (or other identifying information)

125 White Street

Current Work Address

NY NY 10013

| County, City | State | Zip Code |

**Defendant 3:**

City of New York
Government

| First Name | Last Name | Shield # |

Current Job Title (or other identifying information)

City Hall

Current Work Address

NY NY 10007

| County, City | State | Zip Code |

**Defendant 4:**

Felipe

| First Name | Last Name | Shield # |

CORRECTION OFFICER

Current Job Title (or other identifying information)

125 White St

Current Work Address

NY NY 10013

| County, City | State | Zip Code |

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 9 South MANHATAN DETENTION Comp

Date(s) of occurrence: 9/24/20

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On or about 9/24/20 At Approximately 1:45pm
At the MANHATAN DETENTION in housing Area
9 South An inmate next door To me in
5 cell was involved in A use of force
with E.S.U officers in which chemical
agents were utilized causing my
pre-existing medical condition ⌐ Asthma
To be Aggravated. I experienced breathing
difficulties, chest pains, blurry vision
dizzyness skin burning irritation Trauma
Anxiety and fear of my life which I immediately
notified the E.S.U officers and E.S.U Captain
of my need To be provided with required
medical care I was Told "Stand by" then
notified floor officers Felipe and Co Gadson
of my medical complaints and need To
Access medical care Cpt. Cohall was Also
notified by myself CAPT Cohall replied "
I don't care Kall 311. CAPT Cohall floor
officer Felipe and CO-Gadson is required

to notify medical of my illness / medical
condition As per NYC-D-OC policy and
procedure which they did not Adhere to
the Failure of defendants to provide me
medical care subjected me to unnecessary
pain and suffering in violation of my 8th
Amendment constitutional rights defendants
Also breached their duty of care. The
City of New York is liable as they are
next page

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment,
if any, you required and received.

8th Amendment violation chest pains, breathing
problems, blurry vision, burning eyes and skin
irritation Trauma, Anxiety fear intimidation
Distressed.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

Compensatory damages relief $1 million
general damages     "     $1 million
Actual damages     "     $1 million
future damages     "     $1 million

FACTS: defendant is employer and failed to adequately train supervise defendants. The city of New York is aware of the continued violation of inmates access to medical care and as NYCD.O.C policy maker failed to adequately train supervise and discipline NYC D.O.C employee in providing inmates medical care former deputy commissioner of mental health Dr. Nicole Adams Flores even filed a lawsuit against NYC D.O.C employees for their continued widespread custom of denying delaying and interfering with inmate medical care violating NYCD.O.C employees medical directive without the proper training supervising and disciplining of NYCD.O.C officers, commanding officers in enforcing NYC D.O.C medical directive my injuries pain and suffering was forseeable making city of New York liable despite chemical agents being utilized on date of incident defendants did not provide any inmate medical care with the exception of the inmate involved in the U.O.F incident defendants I am confident will not be able to provide any documentation that any other was provided medical care.

Inmate Tyrone Massey # 8952-00522
has filed over 10 lawsuits claiming
the continued denial of medical care
by NYCDOC employees Further
evidence of the City of new york
aware of their need to take meaningful
measures to ensure the enforcement
of the NYCDOC medical directive
by NYCDOC employees to avoid the
unnecessary litigation of inmates against
the city of new york and NYCDOC
employees, it may be documented that
such use of force incident occured on
such aforementioned date and time
however there is no logbook entries,
inmate refusal of medical care forms
no evidence that defendants took
appropriate measures to provide
medical care to myself or the other
inmate(s) in the housing area following
the exposure of chemical agents not
properly documenting the providing of
medical care to me and other inmates
following chemical agent exposure is of
itself a violation of NYCDOC
policy and procedures the proper documenting
of aforementioned incident and providing
of medical care is a measure that could

have Aided defendants IN properly defending against my Assertion of facts as well as the preservation of video footage of Aforementioned incident as I am Asserting the fact the video surveillance of housing area my living quad recorded me trying to provide myself breathing complications relief as I kept using Asthma pump without sufficient relief gained Also staff complaints are not subjected to grievance process In addition to N.Y.C.D.O.C employers intimidating me 311 complaint was made however As I was in fear of my life a Complaint # EC-00193928 Defendants subjected me to cruel and unusual punishment unsafe prison conditions that are not in accordance of A contemporary society

AFFIDAVIT OF TRUTH

I Tyrone Massey 89520005ZZ observed chemical agents utilized against a inmate by E.S.U officers. I also observed inmate Peter Rodriguez pleading for the assistance of office Felipe, C.O-gause Capt. Cohall and E.S.U officers/E.S.U Captain to provide medical care as he was having breathing complications burning and using asthma pump with out asthma pump providing any relief. I also observed Capt Cohall tell Peter Rodriguez "I don't care of your medical complaint call 311"

I am providing this statement of my own free will without promise of award or benefit from Peter Rodriguez. I declare the above facts to be true and is providing above statement under penalty of perjury

STATE OF NY ss.

Sworn to before me this 8th day

07 DEC 2020

by TYRONE MASSEY

Notary public

respectfully submitted

Tyrone Massey

89520005ZZ

TM

DANIELLE STRINGER
Notary Public State of New York
No. 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2021

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 12/5/20 | | Rodriguez |
|---------|--|-----------|
| Dated | | Plaintiff's Signature |

| Peter | | |
|-------|--|--|
| First Name | Middle Initial | Last Name |

| 125 White Street | | |
|------------------|--|--|
| Prison Address | | |

| NY | NY | 10013 |
|----|----|-------|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 12/7/20



# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:21-cv-01810-JGK
## Internal Use Only

Rodriguez v. Cohall et al
Assigned to: Judge John G. Koeltl
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/02/2021
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Peter Rodriguez**

represented by **Peter Rodriguez**
NYSID: 09839298P
B&C: 3491603090
15-00 Hazen Street
E. Elmhurst, NY 11370
PRO SE

V.

**Defendant**

**Captain Cohall**

**Defendant**

**Correction Officer Gadsen**

**Defendant**

**City of New York**

represented by **Ian William Forster**
New York City Law Department, General Litigation Division
100 Church Street
New York, NY 10007
(212) 356-2624
Email: iforster@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Galen Toews**
NYC Law Department
100 Church Street Room 3-212
New York, NY 10007
(212) 356-0871
Fax: (212)-788-8877
Email: mtoews@law.nyc.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Correction Officer Felipe**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/02/2021 | 1 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Peter Rodriguez. (sac) (Entered: 03/02/2021) |
| 03/02/2021 | 2 | COMPLAINT against City of New York, Cohall, Felipe, Gadsen. Document filed by Peter Rodriguez. (sac) Modified on 3/8/2021 (sac). (Entered: 03/02/2021) |
| 03/02/2021 | 3 | PRISONER AUTHORIZATION. Document filed by Peter Rodriguez. (sac) (Entered: 03/02/2021) |
| 03/02/2021 | | Case Designated ECF. (sac) (Entered: 03/02/2021) |
| 03/02/2021 | 🔒 | (Court only) *** Set/Clear Flags *** Added flag(s):PRO SE. (sac) (Entered: 03/02/2021) |
| 03/02/2021 | 🔒 | (Court only) *** Set/Clear Flags *** Added flag(s):PRO SE REVIEW. (sac) (Entered: 03/02/2021) |
| 03/02/2021 | 🔒 | (Court only) PRISON INFORMATION: The above entitled action belongs to Nature of Suit 555. The prison this case relates to: NEW YORK. (sac) (Entered: 03/02/2021) |
| 03/02/2021 | 🔒 | (Court only) Pro Se Staff Attorney B. Lerner [Telephone Extension 0699] assigned case. Pro Se Staff Attorney Flag PSA-Lerner set. Pro Se Staff Attorney Action (Screening Memo to Judge/Sua Sponte Order to Dismiss, Amend or Transfer, or Order to Answer) due by 4/1/2021. (sac) (Entered: 03/02/2021) |
| 03/03/2021 | 4 | ORDER GRANTING IFP APPLICATION IN PRISONER CASE: The Clerk of Court is directed to send a copy of this order and the prisoner authorization to the agency having custody of Plaintiff. That agency is directed to forward copies of Plaintiff's prison trust fund account for the past six months and to disburse the payments required under 28 U.S.C. § 1915 to the United States District Court for the Southern District of New York and to include the above docket number on the disbursement before sending it to the Court. If Plaintiff is transferred to another facility, the current facility shall provide a copy of this order to the facility to which Plaintiff is transferred. The Clerk of Court is also directed to send a copy of this order to Plaintiff and note service on the docket. Finally, it is Plaintiff's obligation to promptly submit a written notification to the Court if Plaintiff's address changes, and the Court may dismiss the action if Plaintiff fails to do so. (Signed by Judge Colleen McMahon on 3/3/2021) (vn) Transmission to Docket Assistant Clerk for processing. (Entered: 03/04/2021) |
| 03/04/2021 | | Mailed a copy of 4 Order Granting IFP Application in Prisoner Case to the Superintendent of Manhattan Detention Center at 125 White Street, New York, NY 10013. (kh) (Entered: 03/04/2021) |
| 03/08/2021 | | NOTICE OF CASE REASSIGNMENT to Judge John G. Koeltl. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 03/08/2021) |
| 03/08/2021 | | Magistrate Judge Stewart D. Aaron is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (vba) (Entered: 03/08/2021) |

| 03/08/2021 | 🔒 | 5 | (Court only) Screening Memo to Judge Recommending: Order of Service. Proposed Order deadline set for 3/18/2021. (Attachments: # 1 Text of Proposed Order) (bl) (Entered: 03/08/2021) |
|---|---|---|---|
| 03/09/2021 | | 6 | ORDER OF SERVICE: The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package. The Clerk of Court is further directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York, MDC Captain Cohall, Correction Officer Gadsen, and Correction officer Felipe waive service of summons. SO ORDERED. Waiver of Service due by 4/8/2021. (Signed by Judge John G. Koeltl on 3/9/2021) (jca) Transmission to Pro Se Assistants for processing. (Entered: 03/09/2021) |
| 03/09/2021 | 🔒 | | (Court only) Set/Reset Pro Se Case Tracking Deadlines: Send FRCP 4 Service Package by 3/24/2021. (jca) (Entered: 03/09/2021) |
| 03/10/2021 | | 7 | INFORMATION PACKAGE MAILED to Peter Rodriguez NYSID: 09839298P B&C: 3491603090 Manhattan Detention Center 125 White Street New York, NY 10013, at, on 3/10/2021 Re: 6 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, order granting IFP application, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge. (aan) (Entered: 03/10/2021) |
| 03/10/2021 | 🔒 | | (Court only) Pro Se Staff Attorney Assignment Completed. (bl) (Entered: 03/10/2021) |
| 03/25/2021 | | 8 | WAIVER OF SERVICE RETURNED EXECUTED. Cohall waiver sent on 3/25/2021, answer due 5/24/2021. Document filed by Cohall..(Richardson, Lisa) (Entered: 03/25/2021) |
| 03/25/2021 | | 9 | WAIVER OF SERVICE RETURNED UNEXECUTED as to Gadsen, Filipe. Document filed by Felipe, Gadsen..(Richardson, Lisa) (Entered: 03/25/2021) |
| 03/29/2021 | | 10 | NOTICE OF APPEARANCE by Ian William Forster on behalf of City of New York..(Forster, Ian) (Entered: 03/29/2021) |
| 03/29/2021 | | 11 | WAIVER OF SERVICE RETURNED EXECUTED. Document filed by City of New York..(Forster, Ian) (Entered: 03/29/2021) |
| 04/02/2021 | | 12 | ORDER: A telephone conference will be held on Tuesday, April 13, 2021, at 11:00am. The facility where the defendant is housed shall make the plaintiff available for the conference. The parties shall dial in, at 888 363-4749, with access code 8140049. Counsel for the defendants shall forward a copy of this order to the facility where the plaintiff is housed, and shall make all arrangements with the facility to have the plaintiff available for the conference., (Telephone Conference set for 4/13/2021 at 11:00 AM before Judge John G. Koeltl.) (Signed by Judge John G. Koeltl on 3/31/2021) (nb) (Entered: 04/02/2021) |
| 04/09/2021 | | 13 | ORDER: A telephone conference scheduled for Tuesday, April 13, 2021 is adjourned to Tuesday, April 27, 2021, at 12:00pm. The facility where the defendant is housed shall make the plaintiff available for the conference. The parties shall dial in, at 888 363-4749, with access code 8140049. Counsel for the defendants shall forward a |

| | | |
|---|---|---|
| | | copy of this order to the facility where the plaintiff is housed, and shall make all arrangements with the facility to have the plaintiff available for the conference. SO ORDERED. (Signed by Judge John G. Koeltl on 4/9/2021) ( Telephone Conference set for 4/27/2021 at 12:00 PM before Judge John G. Koeltl.) (ks) (Entered: 04/09/2021) |
| 04/13/2021 | 14 | WAIVER OF SERVICE RETURNED EXECUTED. Gadsen waiver sent on 4/13/2021, answer due 6/14/2021; Cohall waiver sent on 4/13/2021, answer due 6/14/2021; Felipe waiver sent on 4/13/2021, answer due 6/14/2021. Document filed by Gadsen; Cohall; Felipe..(Richardson, Lisa) (Entered: 04/13/2021) |
| 04/21/2021 | 15 | PRO SE MEMORANDUM, dated 4/15/21 re: CHANGE OF ADDRESS for Peter Rodriguez. New Address: 15-00 Hazen Street, E. Elmhurst, NY, 11370. (sc) (Entered: 04/21/2021) |
| 04/26/2021 | 16 | NOTICE OF APPEARANCE by Mark Galen Toews on behalf of City of New York.. (Toews, Mark) (Entered: 04/26/2021) |
| 04/27/2021 | 17 | ORDER: The teleconference scheduled for Tuesday, April 27, 2021 at 12:00 pm is adjourned to May 12, 2021 at 3:30 p.m. The facility where the defendant is housed shall make the plaintiff available for the conference. The parties shall dial in at 888-363-4749, with access code 8140049. Counsel for the defendants shall forward a copy of this order to the facility where the plaintiff is housed and shall make all arrangements with the facility to have the plaintiff available for the conference. SO ORDERED. (Signed by Judge John G. Koeltl on 4/27/2021) ( Telephone Conference set for 5/12/2021 at 03:30 PM before Judge John G. Koeltl.) (ks) (Entered: 04/28/2021) |
| 05/13/2021 | 18 | LETTER addressed to Judge John G. Koeltl from Ian William Forster dated May 13, 2021 re: rescheduling the conference, Defendants' anticipated motion to dismiss. Document filed by City of New York, Cohall, Felipe, Gadsen..(Forster, Ian) (Entered: 05/13/2021) |
| 05/13/2021 | 19 | ORDER: A teleconference is scheduled for Wednesday, May 19, 2021 at 12:00 p.m. The facility where the defendant is housed shall make the plaintiff available for the conference. The parties shall dial in at 888-363-4749, with access code 8140049. Counsel for the defendants shall forward a copy of this order to the facility where the plaintiff is housed and shall make all arrangements with the facility to have the plaintiff available for the conference. SO ORDERED. (Signed by Judge John G. Koeltl on 5/13/2021) ( Telephone Conference set for 5/19/2021 at 12:00 PM before Judge John G. Koeltl.) (ks) (Entered: 05/14/2021) |

_____
_____

Write the full name of each plaintiff.

-against-

_____
_____
_____

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

_____CV_____
(Include case number if one has been assigned)

**AMENDED
COMPLAINT**
(Prisoner)

Do you want a jury trial?
☐ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

# I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐  Violation of my federal constitutional rights

☐  Other:   _____

# II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_____

First Name                 Middle Initial          Last Name

_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_____

Current Place of Detention

_____

Institutional Address

_____

County, City                        State                   Zip Code

# III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced prisoner
☐  Other:   _____

## IV.  DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:**

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

**Defendant 2:**

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

**Defendant 3:**

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

**Defendant 4:**

| First Name | Last Name | Shield # |
|---|---|---|

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____
_____
_____
_____
_____
_____

## VI.    RELIEF

State briefly what money damages or other relief you want the court to order.

_____
_____
_____
_____
_____
_____
_____
_____

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Dated | Plaintiff's Signature |

| | | |
|---|---|---|
| First Name | Middle Initial | Last Name |

Prison Address

| | | |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: _____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (___) (___)

**Application for the Court to
Request Pro Bono Counsel**

I ask the Court to request a pro bono attorney to represent me in this action.

1. Have you previously filed a "Request to Proceed in Forma Pauperis" (an IFP application)? Please check the appropriate box below:

   ☐ I have previously filed an IFP application in this case, and it is a true and correct representation of my current financial status.

   ☐ I have not previously filed an IFP application in this case and now attach an original IFP application showing my financial status.

   ☐ I have previously filed an IFP application in this case, but my financial status has changed. I have attached a new IFP application showing my current financial status.

2. Explain why you need an attorney in this case. (Please note that requests for pro bono counsel are rarely granted at the early stages of a case and usually not before the Court has issued a decision on the merits of the case.)

_____

_____

_____

**PRO SE INTAKE WINDOW LOCATIONS:**
40 FOLEY SQUARE | NEW YORK, NY 10007
300 QUARROPAS STREET | WHITE PLAINS, NY 10601

**MAILING ADDRESS:**
500 PEARL STREET | NEW YORK, NY 10007
PRO SE INTAKE UNIT: 212-805-0136

Rev. 4/14/2021

3. Explain what steps you have taken to find an attorney. (Please identify the lawyers, law firms or legal clinics you have contacted and their responses to your requests. If you have limited access to telephone, mail, or other communication methods, or if you otherwise have had difficulty contacting attorneys, please explain.)

_____

_____

_____

_____

4. If you speak a language other than English, state the language:
_____. (The Court may not be able to find a volunteer attorney who speaks your language.)

I understand that if an attorney volunteers to represent me and learns that I can afford to pay for an attorney, the attorney may give this information to the Court.

I understand that even if the Court grants this application, there is no guarantee that an attorney will volunteer to represent me.

| | |
|---|---|
| _____ | _____ |
| Date | Signature |
| _____ | _____ |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| _____ | _____ _____ _____ |
| Address | City       State     Zip Code |
| _____ | _____ |
| Telephone Number | E-mail Address (if available) |

**Click Here to Save**