```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PETER RODRIGUEZ,

                Plaintiff,

- against -

CAPTAIN COHALL, ET AL.,

                Defendants.

21-cv-1810 (JGK)

ORDER

Copy mailed to pro se party(ies) at docket address

JOHN G. KOELTL, District Judge:

The plaintiff's time to file an amended complaint is extended until July 23, 2021. The defendants can move or answer the amended complaint by August 13, 2021. If the defendants file a motion, the plaintiff should respond by August 30, 2021. The defendants may reply by September 6, 2021.

For further instructions on how to complete the amended complaint, the plaintiff should consult the informational package that was mailed to the plaintiff on March 10, 2021. If the plaintiff needs another copy of the informational package, the plaintiff should so advise the Court. If the parties think the assistance of the Magistrate Judge would be useful for purposes of settlement, the parties should so advise the Court.

SO ORDERED.

Dated:   New York, New York
        July 6, 2021

                                              John G. Koeltl
                                  United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/06/2021
```