UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PETER RODRIGUEZ,

                         Plaintiff,          21 Civ. 1810 (JGK)

            - against -                      ORDER

CAPTAIN COHALL ET AL.,
                         Defendants.
_____

JOHN G. KOELTL, District Judge:

        The plaintiff has not filed an amended complaint. Therefore,

the defendants may respond to the complaint by **September 24**. The

plaintiff may respond to any motion by **October 8**. The defendant

may reply by **October 18**.


SO ORDERED.

Dated:      New York, New York
            September 1, 2021

                                    /s/ John G. Koeltl
                                       John G. Koeltl
                               United States District Judge