UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER RODRIGUEZ,

      Plaintiff,

 - against -

CAPTAIN COHALL, ET AL.,

      Defendants.

21-cv-1810 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

 The Court is in receipt of the plaintiff's letter dated June 6, 2022. See ECF No. 43. The plaintiff's request for an extension of time to file an amended complaint is granted. The plaintiff's amended complaint is due by July 4, 2022.

 The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated: New York, New York
   June 15, 2022

               _____
                John G. Koeltl
              United States District Judge