UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,

           Plaintiff,

- against -

CAPTAIN COHALL, ET AL.,

           Defendants.

21-cv-1810 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

    In its Memorandum Opinion and Order dated April 26, 2022, this Court stated that "[i]f the plaintiff files an amended complaint and the defendants answer, then the parties should file a Rule 26(f) report 21 days after the defendants file their answer." ECF No. 38, at 13. The defendants filed an answer to the plaintiff's amended complaint on September 23, 2022. ECF No. 57. Accordingly, the Rule 26(f) report was due on October 14, 2022. No Rule 26(f) report was filed.

    The time for the parties to file the Rule 26(f) report is extended to **November 1, 2022**.

SO ORDERED.

Dated:    New York, New York
           October 17, 2022

                                      John G. Koeltl
                                 United States District Judge