UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER RODRIGUEZ,
                Plaintiff,

    - against -                    21-cv-1810 (JGK)

CAPTAIN COHALL, ET AL.,         ORDER
                Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff's address has been changed on the docket of the Court in accordance with the plaintiff's request in his October 19, 2022 letter. ECF No. 59. No specific change of address form was required to effect this change.

**SO ORDERED.**

Dated:    New York, New York
          November 2, 2022

                                            John G. Koeltl
                                  United States District Judge