USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

                Plaintiff,

-against-

Captain Cohall et al.,

                Defendants.

1:21-cv-01810 (JGK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The parties shall file a joint letter regarding the status of discovery on April 14, 2023.

**SO ORDERED.**

Dated:    New York, New York
            March 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge