UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

                              Plaintiff,

              -against-

Captain Cohall et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2023

1:21-cv-01810 (JGK) (SDA)

ORDER

STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:

No later than June 13, 2023, Defendants shall respond to Plaintiff's June 2, 2023 letter.

(ECF No. 70.)

SO ORDERED.

Dated:        New York, New York
              June 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge