UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Peter Rodriguez,<br><br>                    Plaintiff,<br><br>-against-<br><br>Captain Cohall et al.,<br><br>                    Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 06/15/2023<br><br>1:21-cv-01810 (JGK) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       On July 14, 2023, Plaintiff filed a letter seeking to compel Defendants to provide initial disclosures and to impose sanctions on Defendants. (6/14/23 Ltr., ECF No. 74.) Plaintiff's request to compel initial disclosures is DENIED AS MOOT following Defendants' June 13, 2023, which attached the initial disclosures. (*See* 6/13/23 Ltr., ECF No. 73.) Plaintiff's request for sanctions is DENIED.

**SO ORDERED.**

Dated:      New York, New York
              June 15, 2023

                                                                           */s/ Stewart D. Aaron*
                                                                  STEWART D. AARON
                                                                  United States Magistrate Judge