UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

       Plaintiff,

 -against-

Captain Cohall et al.,

       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/07/2023

1:21-cv-01810 (JGK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

 On August 31, 2023, discovery closed in this action. (*See* 6/14/23 Order, ECF No. 73.) No later than Thursday, September 21, 2023, the parties shall file a joint letter stating if they intend to make dispositive motions or if they would like to schedule a settlement conference.

**SO ORDERED.**

Dated:  New York, New York
     September 7, 2023

_____
STEWART D. AARON
United States Magistrate Judge