UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Rodriguez,

                      Plaintiff,

    -against-

Captain Cohall, et al.,

                      Defendants.

1:21-cv-01810 (JGK) (SDA)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/26/2024

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter filed to the ECF docket on June 21, 2024, dated June 7, 2024, requesting the Court to "compel the Defendants to fulfill the settlement agreement[.]" (Pl.'s 6/21/24 Ltr., ECF No. 85, at PDF p.1.) Having not received a response from Defendants to date, Defendants shall respond to Plaintiff's letter no later than Monday, July 1, 2024, which shall also apprise the Court of relevant developments since the Court's January 10, 2024 Memo Endorsement, which ordered Defendants to mail Plaintiff the documents to finalize the settlement agreement. (1/10/24 Memo Endorsement, ECF No. 84.)

SO ORDERED.

Dated:    New York, New York
             June 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge